UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Case No. 10-09900-6J1

CHAND ENTERPRISES, INC.
DBA RAMADA INN DBA SUPER 8 INN,

           Debtor.
_____/

# ORDER GRANTING MOTION BY
# FIDELITY BANK OF FLORIDA, N.A.
# FOR RELIEF FROM STAY OR FOR ADEQUATE PROTECTION
# EMERGENCY HEARING REQUESTED

**THIS CASE** came before the Court for an emergency hearing on July 28, 2010, upon a Motion for Relief from the Automatic Stay filed by Fidelity Bank of Florida, N.A. (Document No. 26). For the reasons stated orally and recorded in open Court, it is

**ORDERED AND ADJUDGED**:

1. The Motion for Relief from Stay is granted.

2. The automatic stay imposed by 11 U.S.C. Section 362 of the Bankruptcy Code is modified to permit Fidelity Bank of Florida, N.A. to take those steps permitted by law to take possession of, foreclose its interest in and dispose of the property described as follows:

> **A parcel of land lying in Section 26, Township 24 South, Range 35 East, Brevard County, Florida; said subject parcel being more fully described as follows:**
> **Commence at the southwest corner of the Northwest 1/4 of said Section 26 is marked by an unstamped bridge spike as shown on the Department of Environmental Protection Certified Corner Record ("C.C.R.") Document No. 0025108; thence N.00'21'37"E., along the west line of said Northwest 1/4 whose northerly terminus (a/k/a. the northwest corner of said Northwest 1/4) is marked by a 4" x 4" concrete monument as shown on C.C.R. Document No. 0020338, a distance of 600.71 feet; thence N.89°50'31"E., a distance of 50.00 feet to the east line of the 50.00 foot wide Friday Road right-of-way in said Northwest 1/4 per O.R. Book 0545, Page 1063 of the Public Records of**

**Brevard County, Florida, also being the southwest corner of the lands per O.R. Book 2761, Page 2307 of said Public Records and the Point-of-Beginning of the lands herein described; thence N.00°21"37"E., along said east right-of-way line and west line of said lands, a distance of 656.86 feet to the south line of the lands per the O.R. Book 1293, Page 0230 of said Public Records; thence departing said right-of-way line and said cast line, S.89°53'54"E., along the said south line, a distance of 20.00 feet to the east line of said lands per O.R. 1293, Page 0230; thence N.00°21"E., along said east line, a distance of 30.00 feet to the northeast corner of said lands, per O.R. Book 1293, Page 0230 also being the south line of the lands as described in O.R. Book 3448, Page 3643, of said Public Records; thence S.89°53'54"E., along said south line a distance of 438.86 feet; thence departing said south line, N.58°38'23"W., a distance of 157.64 feet; thence S.00°21'37"W., a distance of 300.47 feet to a point 230.00 feet north by right angle measure, of the south line of said lands per O.R. Book 2761, Page 2307; thence N.89°50'31"E., parallel with said south line, a distance of 142.87 feet; thence S.00°21'37"W., a distance of 230.00 feet to said south line of the lands per O.R. Book 2761, Page 2307; thence S.89°50'31"W., along the south line of said lands, a distance of 608.84 feet to the Point-of-Beginning.**

**Said property also more commonly known as: Super 8 Cocoa, 900 Friday Road, Cocoa, FL 32926 and Ramada Cocoa Beach, 900 Friday Road, Cocoa Beach, FL 32926.**

**Additional collateral: all assets including all fixtures, inventory, equipment accounts, all additions, replacements of and substitution for all or any part of the foregoing and Brevard County Liquor License #15-00593 4COP/S.**

and to furnish to the Debtor any notices required under state law regarding the date of sale and proceeds of sale.

3. This order is entered for the sole purpose of allowing Movant to proceed against the property. This order does not authorize the Movant to seek or obtain an *in personam* remedy against the Debtor.

4. Movant's request to waive the fourteen (14) day stay period set forth in Bankruptcy Rule 4001 (a)(3) is granted.

DONE AND ORDERED on August 3, 2010.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen S. Jennemann
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Karen S. Jennemann
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copy furnished to:
Robert S. Hoofman, Post Office Box 3146, Orlando, FL 32802-3146, Attorney for Creditor
Chand Enterprises, Inc., 900 Friday Road, Cocoa FL 32926, Debtor
Prabodh C. Patel, Esq., 118 West Orange Street, Altamonte Springs, FL  32714, Attorney for Debtor
Office of the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801


1433.57818
Y8251 0410