UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Case No. 10-09900-6J1

CHAND ENTERPRISES, INC.
DBA RAMADA INN DBA SUPER 8 INN,

                Debtor.
_____/

## ORDER GRANTING FIDELITY BANK OF FLORIDA, N.A.'S MOTION TO DISMISS

**THIS CASE** came before the Court for hearing on July 28, 2010, upon Fidelity Bank of Florida, N.A.'s Motion to Dismiss (Document No. 27). The Court, being fully informed in the premises, and for the reasons stated orally and recorded in open court, finds that the Motion to Dismiss has merit and should be granted and that this case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED AS FOLLOWS**:

1. The Motion to Dismiss is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. The Debtor shall pay the $650 in quarterly fees within ten (10) days of the date of this Order.

DONE AND ORDERED on August 3, 2010.

Karen S. Jennemann
United States Bankruptcy Judge

Copy furnished to:
Robert S. Hoofman, Post Office Box 3146, Orlando, FL 32802-3146, Attorney for Creditor
Chand Enterprises, Inc., 900 Friday Road, Cocoa FL 32926, Debtor
Prabodh C. Patel, Esq., 118 West Orange Street, Altamonte Springs, FL 32714, Attorney for Debtor
Office of the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801
All Creditors and Interested parties

1433.57818
Y8251 0410